# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 15, 2019

**VIA ELECTRONIC MAIL**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States of America v. Shavonne Applewhite**
    **18 Cr. 450 (PAC)**

Hon. Judge Crotty:

    I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mrs. Shavonne Applewhite's passport to Mrs. Applewhite, a member of her family, or to a representative from my office. Pretrial Services has informed my office that they can only release Mrs. Applewhite's passport pursuant to a Court order. Mrs. Applewhite received a sentence of three years' supervised release on October 15, 2019. We thus respectfully request that the Court order the release of her passport.

Respectfully submitted,

/s/
Julia Gatto
Assistant Federal Defender

SO ORDERED:

_____ 11.19.19
**HONORABLE PAUL A. CROTTY**
**United States District Judge**